NUMBERS 13-03-550-CR, 13-03-551-CR, and 13-03-552-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


SEAN STEWART FOSTER, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_________________________________________________________


On appeal from the 377th District Court 


of Victoria County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellant, SEAN STEWART FOSTER, attempted to perfect appeals from 
judgments entered by the 377th District Court of Victoria County, Texas. Sentence
in these causes was imposed on August 7, 2003. Untimely motions for new trial were
filed on September 17, 2003. The notices of appeal were due to be filed on
September 8, 2003, but were not filed until September 17, 2003. Said notices of
appeal are untimely filed. Appellant filed untimely motions to permit late filing of the
motions for new trial and notices of appeal on September 25, 2003.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notices
of appeal and motions requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely
perfect his appeals, and appellant's untimely motions, is of the opinion that the appeals
should be dismissed for want of jurisdiction. Appellant's untimely motions to permit
late filing of motions for new trial and notices of appeal are dismissed. The appeals
are hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 16th day of October, 2003.